THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH WOLIN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LEVINE, Appellant.— Judgments affirmed. No opinion. Present — Glennon,

J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.; Glennon and Cohn, JJ., dissent and vote to reverse, dismiss the informations and remit the fines on the ground that the guilt of the defendants was not established beyond a reasonable doubt.